# Third District Court of Appeal
## State of Florida

Opinion filed June 21, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-554
Lower Tribunal No. 19-17811 CC

————————

**United Automobile Insurance Company,**
Appellant,

vs.

**Glen Hayward Stepherson, Jr.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Michael J. Neimand, for appellant.

Douglas H. Stein, P.A., and Douglas H. Stein; The Billbrough Firm, and G. Bartram Billbrough, for appellee.

Before EMAS, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Sec. Life & Tr. Co. v. Jones</u>, 202 So. 2d 906, 908 (Fla. 2d DCA 1967) ("If an insurer makes an independent inquiry and the circumstances are such that [the insurer] is in a position to ascertain the facts by a reasonably diligent and complete search, [the insurer] is bound by what a reasonably diligent and complete search would show.").